UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------------X
DERRICK HARRIS,

                        *Plaintiff,*

      -against-

THE CITY OF NEW YORK, et al.,

                       *Defendants.*
-----------------------------------------------------------------------------X

**NOTICE OF APPEARANCE**

*Civil Action No.* 1:22-cv-01763-ER

     **PLEASE TAKE NOTICE** that Ellie Silverman, Esq., hereby appears as counsel for Plaintiff DERRICK HARRIS in the above-captioned action. It is therefore respectfully requested that all future papers and Electronic Case Filing (ECF) notifications and Text Orders in this matter should henceforth be served on Ellie Silverman.

     I certify that I am admitted to practice before this Honorable Court.

Dated:  New York, New York
         May 9, 2022

*/s/ Ellie S.*
_____
Ellie Silverman
Napoli Shkolnik
360 Lexington, 11th Floor
New York, NY 10017
(212) 397-1000

cc:
All Counsel (via ECF)