UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DERRICK HARRIS, <br><br> Plaintiff, <br><br> -against- <br><br> THE CITY OF NEW YORK et al., <br><br> Defendants. | 22-CV-1763 (JGLC) <br><br> **ORDER** |

JESSICA G. L. CLARKE, United States District Judge:

As stated on the record at the status conference held on October 3, 2023, it here hereby ORDERED that Plaintiff's final deadline to file an amended complaint is **October 20, 2023**. Plaintiff agreed to make the following changes to the complaint: (1) changing the caption to "Fourth Amended Complaint"; (2) identifying Captain Farrell as an NYPD officer; (3) removing prior counsel from the heading; and (4) removing the state law claims. Plaintiff must file proof of service of the Fourth Amended Complaint by **November 20, 2023**. Counsel for the Defendants agreed to provide information to Plaintiff regarding serving Captain Ferrell and ADAs Park and Severino.

The following schedule shall apply to the motion to dismiss briefing: Defendants' motions to dismiss are due on **January 12, 2024**. Plaintiff's opposition is due by **February 23, 2024,** and Defendants' replies, if any, are due on **March 15, 2024**. The page limits for the motions to dismiss and opposition to the motions shall each be 30 pages. The reply memoranda are limited to 10 pages.

Finally, the Court seeks to confirm Plaintiff's address. Plaintiff currently lists a New York address on ECF. If this is Plaintiff's correct address, no further action is needed. However, if Plaintiff's address has since changed, Plaintiff is directed to provide the Court with the updated address.

Dated: October 5, 2023
       New York, New York

SO ORDERED.

*Jessica Clarke*

JESSICA G. L. CLARKE
United States District Judge