UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DERRICK HARRIS,

                Plaintiff,

-against-

THE CITY OF NEW YORK et al.,

                Defendants.

22-CV-1763 (JGLC)

**ORDER**

JESSICA G. L. CLARKE, United States District Judge:

    The Court ordered Plaintiff to file proof of service of the Fourth Amended Complaint by November 20, 2023. ECF No. 91. That deadline has passed. Accordingly, Plaintiff is hereby ORDERED to file proof of service of the Fourth Amended Complaint with the Court no later than **December 8, 2023**.

Dated: December 4, 2023
       New York, New York

                                          SO ORDERED.

                                          *Jessica Clarke*

                                          JESSICA G. L. CLARKE
                                          United States District Judge