UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DERRICK HARRIS,

                Plaintiff,

-against-

THE CITY OF NEW YORK et al.,

                Defendants.

22-CV-1763 (JGLC)

**ORDER**

JESSICA G. L. CLARKE, United States District Judge:

      The Court ordered Plaintiff to file proof of service of the Fourth Amended Complaint by November 20, 2023. ECF No. 91. The deadline passed and the Court again ordered Plaintiff to file proof of service by December 8, 2023. ECF No. 95. Plaintiff has still not filed proof of service of the Fourth Amended Complaint. Accordingly, Plaintiff is ORDERED to file proof of service of the Fourth Amended Complaint by no later than **January 10, 2024**.

      The Clerk of Court is directed to mail a copy of this order to Plaintiff.

Dated: December 21, 2023
       New York, New York

                                      SO ORDERED.

                                      *Jessica Clarke*

                                      JESSICA G. L. CLARKE
                                      United States District Judge