**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| Derrick Harris, | |
| Plaintiff, | 1:22-cv-01763 (JGLC) (SDA) |
| -against- | **ORDER** |
| Eliezer Pabon, | |
| Defendant. | |

**STEWART D. AARON, United States Magistrate Judge:**

Plaintiff is advised that the Federal Pro Se Legal Assistance Project run by the City Bar Justice Center ("CBJC") provides free, limited-scope legal services to self-represented parties in civil cases. The CBJC is not part of, or run by, the Court (and, among other things, therefore cannot accept filings on behalf of the Court, which must still be made by any self-represented party through the *Pro Se* Intake Unit). Litigants in need of legal assistance should complete CBJC's intake form, available at https://www.citybarjusticecenter.org/projects/federal-pro-se-legal-assistance-project/, to make an appointment.

If a litigant has questions about the intake form or needs to highlight an urgent deadline already disclosed in the form, the CBJC can be contacted by phone (212-382-4794) or email (fedprosdny@nycbar.org). In-person appointments in the Thurgood Marshall Courthouse in Manhattan and the Charles L. Brieant Jr. Federal Building and Courthouse in White Plains are available Monday through Thursday, 10:00 a.m. to 4:00 p.m. Remote appointments are available Monday through Friday, 10:00 a.m. to 4:00 p.m.

**SO ORDERED.**

Dated:   New York, New York
         March 12, 2026

_____
STEWART D. AARON
United States Magistrate Judge